■ CREATIVE MARKETING PRODUCTS OF ROCHESTER, INC., Respondent, v AETNA INSURANCE COMPANY, Appellant. (Appeal No. 2.)—Order unanimously modified, and, as modified, affirmed, with costs to defendant. Same memorandum as in *Creative Marketing Prods. of Rochester v United States*

*Fid. & Guar. Co.* (69 AD2d 1014). (Appeal from order of Monroe Supreme Court—amend complaint.) Present—Simons, J. P., Hancock, Jr., Schnepp, Doerr and Moule, JJ.